I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/1/12

D. Uo
DEPUTY CLERK

JS - 6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURRAY WILLIE CASEY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>TIM VIRGA, Warden,<br><br>　　　　Respondent. | Case No. CV 10-4672-AG (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW GUILFORD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE